# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWONESHA JOHNSON-HENDRICKS, | Case No. |
| Plaintiff, | 2:18-cv-01703-MCE-GGH |
| v. | **ORDER** |
| CHRYSLER CAPITAL, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties (ECF No. 13) and Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby DISMISSED in its entirety with prejudice. Each party shall bear their own costs and expenses. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 17, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1